

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

————————————————

No. 02-21-00289-CV

————————————————

IN RE S.B AND D.B. INDIVIDUALLY AND AS NEXT KIN FOR D.B. AND G.B., MINORS, Relators

Original Proceeding
235th District Court of Cooke County, Texas
Trial Court No. CV20-00209

Before Womack, J.; Sudderth, C.J.; and Walker, J.
Per Curiam Memorandum Opinion

# MEMORANDUM OPINION

The court has considered relators' petition for writ of mandamus and is of the opinion that relief should be denied. Accordingly, relators' petition for writ of mandamus is denied.

Per Curiam

Delivered: September 17, 2021